**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Todd C. Skorseth, | Civil No. 11-747 (RHK/LIB) |
| Plaintiff, | **ORDER FOR DISMISSAL** |
| vs. | |
| Optumhealth Financial Services, | |
| Defendants. | |

---

Based upon the Stipulation for Dismissal filed by the parties (Doc. No. 10), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on the merits and without an award attorney's fees or costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 5, 2012

                                                         s/Richard H. Kyle
                                                        RICHARD H. KYLE
                                                        United States District Judge